**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EULOGIO MALDONADO-VALLARTA, Petitioner, v. ERIC H. HOLDER, Jr., Attorney General, Respondent. | No. 08-72627 Agency No. A098-455-023 MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Eulogio Maldonado-Vallarta, a native and citizen of Mexico, petitions pro se

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reconsider.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We deny

in part and dismiss in part the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In his opening brief, Maldonado-Vallarta fails to raise any challenge to the BIA's denial of his motion to reconsider. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised in an opening brief are deemed waived).

We lack jurisdiction to review the BIA's underlying order dismissing Maldonado-Vallarta's appeal from the immigration judge's decision denying his cancellation of removal application, because this petition for review is not timely as to that order. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**